AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22 Civ. 3172

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Joseph Franco__

was received by me on *(date)* __5-12-22__ .

☒ I personally served the summons on the individual at *(place)* __1 Police Plaza 411 Pearl Street, New York, New York 10038__ on *(date)* __5-12-22__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __I hand delivered a copy to Detective Curtis Philip who stated that he was authorized to accept service on behalf of Joseph Franco.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __5-17-22__

_____
Server's signature

__David A. Perez__
Printed name and title

__2004 Ralph Avenue, Brooklyn, NY 11234__
Server's address

Additional information regarding attempted service, etc: