USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWIGHT FURET,

          Plaintiff,

-against-

CITY OF NEW YORK, DETECTIVE JOSEPH FRANCO, Shield No. 7972, individually and in his official capacity, and DETECTIVE LOGAN PAYANO, Shield No. 816, individually and in his official capacity,

          Defendants.

22 Civ. 3172 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 20, 2023, Plaintiff moved for entry of default against Defendant Joseph Franco. ECF Nos. 23–24. That same day, the Clerk of Court entered a certificate of default. ECF No. 25. On February 21, 2023, Plaintiff filed a proposed order to show cause, ECF No. 26, a proposed default judgment, ECF No. 29, and supporting papers, ECF Nos. 27–28. On March 7, 2023, Defendant Franco appeared in this action. ECF No. 30. To date, Defendant Franco has not moved to set aside the entry of default.

    By **April 25, 2023**, Defendant Franco shall advise the Court of his intention with respect to this action.

    SO ORDERED.

Dated: April 11, 2023
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge