

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

July 12, 2024

**BY ECF**
Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Furet v. City of New York, et al.</u>,
              22 Civ. 3172 (MMG)

Your Honor:

I represent defendants the City of New York and Logan Payano in the above-referenced matter. Defendants City and Payano write to respectfully request an enlargement of the briefing schedule regarding defendants' motions for summary judgment, as set forth below. This is defendants City and Payano's first such request. Plaintiff and defendant Franco consent to this request.

By way of background, on June 11, 2024, the Court set the following briefing schedule for defendants' motions for summary judgment:

- Defendants shall file their motions by July 26, 2024;

- Plaintiff shall file a single consolidated opposition by September 6, 2024; and

- Defendants shall file their reply briefs, if any, by September 20, 2024.

Defendants City and Payano respectfully request an enlargement of the briefing schedule as follows:

- Defendants shall file their motions by August 26, 2024;

- Plaintiff shall file a single consolidated opposition by October 11, 2024; and

- Defendants shall file their reply briefs, if any, by October 25, 2024.

There are several reasons for this request.  First, the parties are still working to agree on a joint 56.1 statement pursuant to the Court's Individual Rules.  The parties' efforts to do so have been delayed due to several reasons, including my participation in a trial in the Eastern District of New York from June 17 through 21, 2024, followed immediately by a period of leave through July 1, 2024.  Further, the parties received non-party Ricardo Mantilla's deposition transcript only yesterday, which will need to be incorporated into the parties' joint 56.1 statement.  Moreover, counsel for defendant Franco is currently on leave until July 17, 2024.  Additionally, I was just recently assigned to another trial in the Eastern District of New York, before the Honorable Hector Gonzalez, which begins on August 5, 2024.  Thus, I will be preoccupied both the week of trial and the preceding two weeks with trial preparation obligations.

Accordingly, defendants City and Payano respectfully request an enlargement of the briefing schedule regarding defendants' motions for summary judgment as set forth above.  Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*

Zachary Kalmbach
*Senior Counsel*

cc:    **Via ECF**
       All counsel of record

Application GRANTED.  Defendants shall file their motions for summary judgment by August 26, 2024.  Plaintiff shall file a single consolidated opposition by October 11, 2024.  Defendants shall file their reply briefs by October 25, 2024.  The Clerk of Court is respectfully directed to terminate Dkt. No. 71.

SO ORDERED.  Dated July 16, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

2