MARC J. HELD*
PHILIP M. HINES*

*ALSO ADMITTED IN NEW JERSEY

**HELD & HINES LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2024

October 25, 2024

Via ECF
Honorable Margaret M. Garnett
District Court Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Furet v. City of New York, et al., 22 Civ. 3172 (MMG)

Dear Judge Garnett:

We represent the Plaintiff, Dwight Furet, in the above referenced action. I am writing in response to Your Honor's Scheduling Order for Motions for Summary Judgment as provided in Document Number 74. Specifically, Plaintiff is to file a joint opposition to the Motions for Summary Judgment on or before October 25, 2024.

Plaintiff hereby requests that his time to finalize his opposition to the joint Motions for Summary Judgment by Defendants be extended to November 8, 2024, and that Defendants' time to Reply to Plaintiff's Opposition be extended to November 29, 2024. I have spoken to counsel for all Defendants and each have agreed with this extension request and the aforementioned dates for Plaintiff's Opposition and Defendants' Reply. Please note that this is Plaintiff's first request for such an extension.

We thank the Court for its consideration and courtesy.

Respectfully,

HELD & HINES, LLP

/s/ Oliver Williams
Oliver Williams, Esq.

---

Application GRANTED. It is hereby ORDERED that Plaintiff's single consolidated opposition to the motions for summary judgment shall be due no later than **November 8, 2024**. It is further ORDERED that Defendants' reply briefs shall be due no later than **November 29, 2024**. Counsel is advised that, in accordance with the Court's Individual Rules & Practices, requests for extensions of time shall be made at least two business days prior to the due date. Future untimely requests may be denied on that basis alone.

The Clerk of Court is respectfully directed to terminate Dkt. No. 85.

SO ORDERED.  10/25/2024

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

622 3RD AVENUE, SUITE 600
NEW YORK, NY 10017
TEL: 212.696.4LAW
FAX: 718.444.5768

WWW.HELDHINES.COM

4815 AVENUE N
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768