**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DWIGHT FURET,

                Plaintiff,

   -against-                              22 **CIVIL** 3172 (MMG)

                                                           **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 4, 2025, Defendants City and Payano's motion for summary judgment (Dkt. No. 75) is GRANTED, and Defendant Franco's motion for summary judgment (Dkt. No. 81) is GRANTED. Because summary judgment is granted for all Defendants, Defendant Franco's cross-claims against the City for indemnification are DENIED AS MOOT. Judgment is entered for the Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      September 4, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                        **BY:**        *K. Mango*

                                                            **Deputy Clerk**